UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:03-CV-40 |
| | ) | JARVIS/SHIRLEY |
| EIGHT THOUSAND SEVEN HUNDRED | ) | |
| ELEVEN DOLLARS AND 48/100THS | ) | |
| IN UNITED STATES CURRENCY | ) | |
| ($8,711.48), | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TWO THOUSAND SEVEN HUNDRED | ) | |
| FIFTY DOLLARS AND NO/100THS | ) | |
| IN UNITED STATES CURRENCY | ) | |
| ($2,750.00). | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT DECREE AND FINAL ORDER OF FORFEITURE

1. On January 16, 2003, the United States filed the Verified Complaint for Forfeiture *In Rem* (hereinafter "Complaint") in the above-styled action seeking forfeiture of defendant properties, pursuant to Title 18, United States Code, Section 981(a)(1)(C), alleging that the defendant properties constitute or are derived from proceeds traceable to specified unlawful activities, that is a violation of Title 18, United States Code, Section 1952, the traveling in interstate commerce, with intent to distribute the proceeds of any unlawful activity; or to further any unlawful activity; or otherwise promote, manage, establish, carry on or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity.

2. The defendants are more particularly described as follows:

   a. Eight Thousand Seven Hundred Eleven Dollars and 48/100ths in United States currency ($8,711.48) seized from First Tennessee Bank Account #100032661, in the name of Ki Ran Han d/b/a Asian Therapeutic Spa; and

   b. Two Thousand Seven Hundred Fifty Dollars ($2,750.00) seized from the Asian Therapeutic Spa, located at 8717 Chapman Highway, Knoxville, Tennessee.

   (hereinafter collectively referred to as "defendant currency").

3. The United States served copies of the Complaint upon all known potential claimants, including the claimant herein, and, as evidenced by the Proof of Publication filed on April 24, 2003, and published a Notice of Seizure and Arrest *In Rem* in the *Knoxville News Sentinel* on March 22, 2003, March 29, 2003; and on April 8, 2003, which provided notice that the United States intended to pursue forfeiture of the defendant currency.

4. Ki Ran Han filed a claim and answer on April 3, 2003 asserting that she is the lawful owner of the defendant currency.

5. No other person or entity has filed a claim or answer in the above-styled action.

6. Ki Ran Han has entered into an agreement with the United States represented by this Consent Decree, which disposes of any disputes between her and the United States which were presented in this action by the claim and answer filed by her, and in which, among other things, agrees to consent to forfeiture and judgment with respect to the defendant currency which would have been claimed by her in this forfeiture action.

7. The United States of America and Ki Ran Han, as evidenced by the signatures below, have agreed that this Consent Decree and Final Order of Forfeiture be entered with regard to the defendant currency.

2

Case 3:03-cv-00040   Document 9   Filed 08/25/05   Page 2 of 4   PageID #: 2

8. The parties hereto have reached a settlement, reflected in this Consent Decree and Final Order of Forfeiture, the terms of which are as follows:

   a. Except as expressly stated herein, this agreement represents the full and complete settlement of liabilities claimed and denied, that there is no agreement or reservation not expressed herein, and that this agreement represents the full, complete, and final claims of the parties hereto.

   b. Each party hereto agrees to bear its own costs, expenses, and attorney fees.

WHEREFORE, the United States and the claimant hereby consents to the issuance of the Final Order of Forfeiture set forth herein.

## FINAL ORDER OF FORFEITURE

The foregoing settlement agreement is hereby approved, and it is hereby **ORDERED** that:

1. That the following defendant properties be and the same are hereby forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and all right, title and interest in said property be and the same is hereby vested in the United States:

   a. Eight Thousand Seven Hundred Eleven Dollars and 48/100ths in United States currency ($8,711.48) seized from First Tennessee Bank Account #100032661, in the name of Ki Ran Han d/b/a Asian Therapeutic Spa; and

   b. Two Thousand Seven Hundred Fifty Dollars ($2,750.00) seized from the Asian Therapeutic Spa, located at 8717 Chapman Highway, Knoxville, Tennessee.
   (hereinafter collectively referred to as "defendant currency").

2. That the United States Marshal Service shall dispose of said forfeited properties according to law.

3. Each party shall bear its own costs, expenses, and attorney's fees.

4. The Clerk of this Court shall provide the United States Attorney's Office and United States Marshals Service with a certified copy of this order.

                    *s/ James H. Jarvis*
                  JAMES H. JARVIS
                  UNITED STATES DISTRICT JUDGE

Consented to and submitted for approval:

                  HARRY S. MATTICE, JR.
                  United States Attorney

By:

F. M. HAMILTON III
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

RANDALL E. REAGAN
Attorney for Claimant

KI RAN HAN
Claimant

4